# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>MERCURY STEEL & PLACING, INC.,<br><br>        Defendant. | Case No. 2:13-cv-01116-APG-GWF<br><br>**ORDER**<br><br>Notice of Withdrawal of Appearance as Counsel (#11) |

      This matter comes before the Court on Paul J. Georgeson, Esq.'s Notice of Withdrawal of Appearance as Counsel (#11) on behalf of Defendant Mercury Steel & Placing ("Defendant"), filed on September 11, 2013. Under Local Rule IA 10-6(b), no attorney "may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." Therefore, the Court construes Mr. Georgeson's Notice as a Motion to Withdraw as Counsel for Defendant.

      Mr. Georgeson represents that the appearance he made on behalf of Defendant was limited to filing the Stipulation to Continue the Debtor's Examination (#8). Mr. Georgeson further asserts that he was unable to reach an agreement with Defendant with respect to any representation beyond submitting the Stipulation (#8). Mr. Georgeson states he has not been retained by Defendant to make any further appearances in this matter. The Court finds Mr. Georgeson establishes good cause to withdraw as counsel. However, Mr. Georgeson does not include a certificate of service for Defendant within the Motion, and the Court therefore does not have Defendant's last known address to add to the docket in this matter. Accordingly,

...

**IT IS HEREBY ORDERED** that Paul Georgeson's Notice of Withdrawal (#11), which the Court construes as a Motion to Withdraw as Counsel, is **denied** without prejudice. Mr. Georgeson may file a motion to withdraw that includes a certificate of service for Defendant and Defendant's last known address.

DATED this 4th day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge