1

2

3

4

5
                        **UNITED STATES DISTRICT COURT**

6
                             **DISTRICT OF NEVADA**

7

8
BOARD OF TRUSTEES OF THE CALIFORNIA  )
IRONWORKERS FIELD PENSION TRUST, *et al.,*)
                                   )

9
                 Plaintiffs,      )    Case No. 2:13-cv-01116-APG-GWF
                                   )

10
vs.                             )    **ORDER**
                                   )

11
MERCURY STEEL & PLACING, INC.,       )    Notice of Withdrawal of
                                   )    Appearance as Counsel (#11)

12
                 Defendant.    )

13
_____)

14
      This matter comes before the Court on Paul J. Georgeson, Esq.'s Notice of Withdrawal of

15
Appearance as Counsel (#11) on behalf of Defendant Mercury Steel & Placing ("Defendant"), filed

16
on September 11, 2013.  Under Local Rule IA 10-6(b), no attorney "may withdraw after appearing

17
in a case except by leave of Court after notice has been served on the affected client and opposing

18
counsel."  Therefore, the Court construes Mr. Georgeson's Notice as a Motion to Withdraw as

19
Counsel for Defendant.

20
      Mr. Georgeson represents that the appearance he made on behalf of Defendant was limited

21
to filing the Stipulation to Continue the Debtor's Examination (#8).  Mr. Georgeson further asserts

22
that he was unable to reach an agreement with Defendant with respect to any representation beyond

23
submitting the Stipulation (#8).  Mr. Georgeson states he has not been retained by Defendant to

24
make any further appearances in this matter.  The Court finds Mr. Georgeson establishes good

25
cause to withdraw as counsel.  However, Mr. Georgeson does not include a certificate of service for

26
Defendant within the Motion, and the Court therefore does not have Defendant's last known

27
address to add to the docket in this matter.  Accordingly,

28
...

1    **IT IS HEREBY ORDERED** that Paul Georgeson's Notice of Withdrawal (#11), which the

2   Court construes as a Motion to Withdraw as Counsel, is **denied** without prejudice.  Mr. Georgeson

3   may file a motion to withdraw that includes a certificate of service for Defendant and Defendant's

4   last known address.

5        DATED this 4th day of October, 2013.

6

7                                              _____

8                                              GEORGE FOLEY, JR.
                                               United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2