1

2

3

4

5          **UNITED STATES DISTRICT COURT**

6          **DISTRICT OF NEVADA**

7

8  BOARD OF TRUSTEES OF THE CALIFORNIA   )
   IRONWORKERS FIELD PENSION TRUST, *et al.*,)
                                                     )
9                    Plaintiffs,              )   Case No. 2:13-cv-01116-APG-GWF
                                                     )
10  vs.                                       )   **ORDER**
                                                     )
11  MERCURY STEEL & PLACING, INC.,     )   Motion to Withdrawal as
                                                     )   Counsel (#14)
12                   Defendant.             )
   ———————————————————————— )

13

14          This matter comes before the Court on Paul J. Georgeson, Esq.'s Motion to Withdraw as

15  Counsel (#14) for Defendant Mercury Steel & Placing ("Defendant"), filed on October 7, 2013.

16          Mr. Georgeson represents that the appearance he made on behalf of Defendant was limited

17  to filing the Stipulation to Continue the Debtor's Examination (#8). Mr. Georgeson further asserts

18  that he was unable to reach an agreement with Defendant with respect to any representation beyond

19  submitting the Stipulation (#8). Mr. Georgeson states he has not been retained by Defendant to

20  make any further appearances in this matter. The Court finds Mr. Georgeson establishes good

21  cause to withdraw as counsel. Accordingly,

22          **IT IS HEREBY ORDERED** that Paul Georgeson's Motion to Withdraw as Counsel (#14)

23  is **granted**.

24          **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address

25  of Defendant Mercury Steel & Placing, Inc. to the civil docket in this matter:

26          Brian Traversie
           Mercury Steel & Placing, Inc.
27          2451 Monte Verde Way
           Sparks, NV 89434
28          ...

1    **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order

2  on Defendant at the above-listed address.

3    **IT IS FURTHER ORDERED** that Mercury Steel & Placing must retain new counsel if it

4  intends to continue to litigate this matter.  A corporation or limited liability company may appear in

5  federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244,

6  1245 (9th Cir. 1993).   Mercury Steel & Placing shall have 14 days from the date of this Order to

7  retain new counsel.

8    DATED this 10th day of October, 2013.

9

10    _____

  GEORGE FOLEY, JR.

11  United States Magistrate Judge