# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE CALIFORNIA )
IRONWORKERS FIELD PENSION TRUST, *et al.*,)
                                                           )
                Plaintiffs,       )      Case No. 2:13-cv-01116-APG-GWF

vs.                                             )      **ORDER**

MERCURY STEEL & PLACING, INC.,     )      Motion to Withdrawal as Counsel (#14)
                Defendant.     )

      This matter comes before the Court on Paul J. Georgeson, Esq.'s Motion to Withdraw as Counsel (#14) for Defendant Mercury Steel & Placing ("Defendant"), filed on October 7, 2013.

      Mr. Georgeson represents that the appearance he made on behalf of Defendant was limited to filing the Stipulation to Continue the Debtor's Examination (#8). Mr. Georgeson further asserts that he was unable to reach an agreement with Defendant with respect to any representation beyond submitting the Stipulation (#8). Mr. Georgeson states he has not been retained by Defendant to make any further appearances in this matter. The Court finds Mr. Georgeson establishes good cause to withdraw as counsel. Accordingly,

      **IT IS HEREBY ORDERED** that Paul Georgeson's Motion to Withdraw as Counsel (#14) is **granted**.

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant Mercury Steel & Placing, Inc. to the civil docket in this matter:

      Brian Traversie
      Mercury Steel & Placing, Inc.
      2451 Monte Verde Way
      Sparks, NV 89434

...

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order on Defendant at the above-listed address.

**IT IS FURTHER ORDERED** that Mercury Steel & Placing must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Mercury Steel & Placing shall have 14 days from the date of this Order to retain new counsel.

DATED this 10th day of October, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge