# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE CALIFORNIA )
IRONWORKERS FIELD PENSION TRUST, *et al.*,)
                                          )
            Plaintiffs,      )    Case No. 2:13-cv-01116-APG-GWF
                                        )
vs.                                      )    **ORDER**
                                        )
MERCURY STEEL & PLACING, INC.,    )
                                        )
            Defendant.     )
_____)

       This matter is before the Court on Defendant Mercury Steel and Placing, Inc.'s failure to retain counsel. On October 10, 2013, the Court ordered that Defendant retain new counsel on or before October 24, 2013 (#15). A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). If Defendant corporation intends to continue to defend this matter, it is required to obtain legal counsel. Accordingly,

       **IT IS ORDERED** that Defendant Mercury Steel and Placing, Inc. has until **November 22, 2013** to retain counsel. Failure to timely respond to this Order could result in a recommendation to the District Judge to enter a judgment for violation of the Court's order.

       DATED this 12th day of November, 2013.

                                                        _____
                                                        GEORGE FOLEY, JR.
                                                        United States Magistrate Judge