# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE CALIFORNIA )
IRONWORKERS FIELD PENSION TRUST, *et al.*,)
                                           )
                  Plaintiffs,         )    Case No. 2:13-cv-01116-APG-GWF
                                           )
vs.                                        )
                                           )    **ORDER**
MERCURY STEEL & PLACING, INC.,             )
                                           )
                  Defendant.          )
_____)

       This matter is before the Court on the Defendant's failure to comply with the Court's order to retain counsel.

       This action arose out of Plaintiff's Registration of Foreign Judgment (#1) filed on January 17, 2013. The parties subsequently filed a Stipulation for Judgment Debtor Exam (#8) on July 30, 2014. On October 10, 2013, the Court permitted Defendant's counsel to withdraw and ordered Defendant to retain new counsel by October 24, 2013. *See Order, Doc. #15*. After Defendant failed to comply, the Court issued an Order (#16) on November 12, 2013 again instructing Defendant to retain new counsel by November 23, 2013. On February 4, 2014, the undersigned ordered Defendant to show cause why, despite the issuance of two court orders, it had not yet retained counsel. *See Dkt. #18*. At a hearing on the matter, Mr. Traversie, representing Mercury Steel & Placing, Inc., advised the Court that he was unable to afford counsel and was currently looking for representation. *See Dkt. #19*. At the same hearing, Plaintiff moved the Court for an order to conduct a judgment debtor exam. The undersigned gave Defendant thirty days to retain counsel before permitting Plaintiff to file its amended motion for judgement debtor exam. *Id*. No action has since been taken in this matter.

As the Court has previously stated, a corporation may only appear in federal court through licensed counsel. *See U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Considering that the Plaintiff was instructed to give the Defendant time to find counsel prior to filing its amended motion for judgement debtor exam and that the Defendant has thrice failed to comply with the Court's order to retain counsel, the Court will give Plaintiff thirty (30) days within which to file its amended motion for judgement debtor exam. Absent any further action in this case, the undersigned will recommend that this case be administratively closed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is permitted to file its amended motion for judgement debtor exam by **October 17, 2014**. Absent further action in this case, the undersigned will recommend it be administratively closed.

DATED this 17th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge