# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERCURY STEEL & PLACING, INC., <br><br> Defendant. | Case No. 2:13-CV-01116-APG-GWF <br><br> **ORDER** <br><br> (Dkt. #21) |

On October 20, 2014, Magistrate Judge Foley entered a Report & Recommendation (Dkt. #21) recommending this case be closed due to inactivity. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Foley's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #21) is accepted and the clerk of court is directed to close this case.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE